# Exhibit B

=

# RICK FRIEDMAN PHOTOGRAPHY
## 138 WEST CANTON ST.
## BOSTON, MA. 02118
### 617-437-8886

www.rickfriedman.com

Original Invoice date: August 31, 2009

March 4, 2010

INVOICE #082009-AC

Sarah Storrs

Senior Director, Special Events

BET Networks

1235 W Street, NE

Washington, DC 20018

Photographs of the Centric Launch Party on Martha's Vineyard on August 20, 2009

Fee includes shooting fee, post production (over 3 days) , photo shop, transmitting photographs to BET, transmitting photographs to newspapers and magazines..

| | |
|---|---|
| Fee: | $1500.00 |
| Hotel: | $ 230.37 |
| Air: | $ 249.50 |
| Taxi | $ 105.00 |
| Late fee: 10/30/09 | $ 118.36 |
| Past due | $2,203.23 |
| September 9, 2009 Post production, transmitting to magazines & BET | $ 750.00 |
| Total due: | $2953.23 |

| | | |
|---|---|---|
| Late fee: thru 11/30 | | $ 59.01 |
| Total: | | $3012.41 |
| Late fee: thru 2/30/10 | & $35. admin fee: | $ 218.83 |
| **TOTAL DUE:** | | **$3231.07** |

Conditions:
Photographs for use to promote BET and Centric network. All rights reserved until invoice is paid in full All other rights reserved. No re-sales. Payment due with in 15 days. Payment over 30 days invoiced at an additional 2% per month plus $35.00 administrative fee.     FEDERAL ID #04-2973245

Definitions: "Photographer" refers to Rick Friedman "Client" refers to the commissioning party, Harvard University, or company named above, its representatives, successors, assigns, agents and affiliates.

Payment: FULL PAYMENT MUST BE RECEIVED BY PHOTOGRAPHER PRIOR TO PUBLICATION.ANY USE PRIOR TO PAYMENT SHALL BE CONSIDERED AN UNAUTHORIZED USE. Client agrees that reasonable and stipulated amount which shall be paid by Client to photographer for use prior to receipt of payment by Photographer shall be three(3) times Photographer's customary fee for such usage..Grant of Rights: Grant of reproduction rights hereunder is conditioned upon photographer agreeing to deliver to Client the photographs subject to this agreement. In the event that Client infringes on Photographer's copyright in and to the works delivered herewith, then Photographer shall be entitled to obtain immediate injunctive relief to prevent further infringement and that Photographer shall not be required to post a bond to obtain injunctive relief, or if a bond is not waiveable, such bond shall not exceed $100.00. Photographer shall be entitled to recover the greater of Photographer's actual damages, or statutory damages in a sum not to exceed $20,000.00, in cases of non-willful infringement. In each instance, Photographer shall be entitled to recover reasonable attorneys fees incurred and related costs in enforcing Photographer's rights under the United States Copyright Act, and under each federal or ancillary state law under which Photographer is awarded or granted damages. Default: In the event of non-payment or other breach of this Agreement by Client, Client shall pay all of Photographer's costs and expenses incurred in connection with enforcement of the terms of this agreement, including Photographer's reasonable attorney's fees. Governing Law: This agreement incorporates by reference Articles II and III of the Uniform Commercial Code now in existence, in the State of MA .and the Copyright Act of 1976 as amended. This agreement shall be deemed to be a contract made under the laws of the United States of America and the State of <<State>> and for all purposes shall be interpreted in its entirety in accordance with these laws. Client specifically and irrevocably confers personal jurisdiction over it by the courts of the State of <<MA>> or the United States District Court for the District of the State of  <<MA>>.Client specifically waives all rights to contest each court proceeding on the grounds of personal jurisdiction, venue and forum non-convenience.  In the event of any award or judgement in favor of Photographer, or any settlement between Photographer and Client, arising from effecting and protecting Photographer's rights and benefits hereunder and/or any aspect of this agreement, Client shall pay all costs and expenses incurred by Photographer and/or Photographer's legal counsel related thereto, including, but not limited to, reasonable legal fees, arbitration and court costs, associated expenses ,and legal interest on such award, judgement, or settlement.

FULL PAYMENT DUE WITHIN TWENTY ONE (21) DAYS or PRIOR TO PUBLICATION WHICH EVER

OCCURS FIRST..

Federal ID #04-2973245

Tuesday, April 13, 2010 America Online: PhotoLaw